IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,** *ex rel.*
**ANDREW HERSH,**

    **Plaintiff,**

v.                                            Case No. 1:20-cv-231-AW-HTC

**PATRICK WALSH, et al.,**

    **Defendants.**
_____/

## CONSENT JUDGMENT

Upon the consent of Plaintiff United States of America and Defendants Patrick Walsh, Aero Capital LLC, Airsign Airship Group LLC, Airsign Airships Repair Station, LLC, Airsign Airships Asia Pacific, LLC, Airsign Airships Latin America, LLC, Airsign Group LLC, Airsign, Inc., American Blimp Company, LLC, Eagle Ridge Management Group LLC d/b/a Shiloh Oil Company, and Walsh Family Land Corp., it is hereby:

ORDERED, ADJUDGED, AND DECREED that Plaintiff United States of America is awarded Judgment against Defendants in the following amounts, which total $20,074,458.70:

Aero Capital LLC, jointly and severally with Patrick Walsh, in the amount of $237,500.

Airsign Airship Group LLC, jointly and severally with Patrick Walsh, in the amount of $95,000.

Airsign Airships Repair Station, LLC, jointly and severally with Patrick Walsh, in the amount of $2,758,400.80.

Airsign Airships Asia Pacific, LLC, jointly and severally with Patrick Walsh, in the amount of $1,488,220.

Airsign Airships Latin America, LLC, jointly and severally with Patrick Walsh, in the amount of $2,830,200.

Airsign Group LLC, jointly and severally with Patrick Walsh, in the amount of $2,739,800.

Airsign, Inc., jointly and severally with Patrick Walsh, in the amount of $3,306,340.

American Blimp Company, LLC, jointly and severally with Patrick Walsh, in the amount of $1,687,789.40.

Eagle Ridge Management Group LLC d/b/a Shiloh Oil Company, jointly and severally with each other and with Patrick Walsh, in the amount of $375,000.

Walsh Family Land Corp., jointly and severally with Patrick Walsh, in the amount of $841,830.

Patrick Walsh, in the additional amount of $3,714,378.50.

 

JESSICA J. LYUBLANOVITS
CLERK OF COURT

February 18, 2025      s/ KELLI MALU
Date     Deputy Clerk: Kelli Malu