IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel*. ANDREW HERSH, | |
| Plaintiff, | Civil Case No. 1:20-cv-231-AW/GRJ |
| vs. | |
| PATRICK WALSH, et al., | Judge Allen Winsor |
| Defendants. | |

### RELATOR'S UNOPPOSED MOTION TO APPROVE PROPOSED CONSENT JUDGMENT AS TO ATTORNEYS' FEES AND COSTS

As referenced in the Court's recent Order, ECF No. 33, the parties have entered into a Settlement Agreement, which includes a settlement of Relator's claim against Defendants for attorneys' fees and costs. In connection with the Settlement Agreement, the parties agreed that Relator and Defendants shall file with the Court the Proposed Consent Judgment Regarding Plaintiff-Relator's Claim for Expenses, Fees, and Costs, attached as Exhibit A to this unopposed motion, which Relator respectfully asks this court to enter.

Counsel for Relator has conferred with counsel for Defendants, who do not oppose this motion.

1

| | |
|---|---|
| Dated: March 5, 2025 | By: /s/ Adam D. Warden |
| | Maya Saxena |
| | Joseph E. White, III |
| | Lester Hooker |
| | Adam D. Warden |
| | 7777 Glades Road |
| | Suite 300 |
| | Boca Raton, FL 33434 |
| | Telephone: (561) 394-3399 |
| | Facsimile: (561) 394-3382 |
| | msaxena@saxenawhite.com |
| | jwhite@saxenawhite.com |
| | lhooker@saxenawhite.com |
| | awarden@saxenawhite.com |
| | |
| | Mark Hanna |
| | Nicolas F. Mendoza |
| | Murphy Anderson PLLC |
| | 1401 K Street NW, Suite 300 |
| | Washington, DC 20005 |
| | Phone: (202) 223-2620 |
| | mhanna@murphypllc.com |
| | nmendoza@murphypllc.com |

Case 1:20-cv-00231-AW-HTC   Document 35   Filed 03/05/25   Page 3 of 3

3

## Certificate of Service

    I certify that the foregoing was electronically filed with the Court's CM/ECF system, which will then send a notification of such filing to all attorneys of record registered with the Court's CM/ECF system.

                                                  /s/ Adam D. Warden
                                                *Counsel for Relator*

3