IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* ANDREW HERSH,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK WALSH, AMERICAN BLIMP COMPANY, LLC, WALSH FAMILY LAND CORP., AIRSIGN, INC., AIRSIGN AIRSHIP GROUP, LLC, AIRSIGN GROUP LLC, AIRSIGN AIRSHIPS LATIN AMERICA, LLC, AIRSIGN AIRSHIPS ASIA PACIFIC, LLC, AIRSIGN AIRSHIPS REPAIR STATION, LLC, AERO CAPITAL LLC, EAGLE RIDGE MANAGEMENT GROUP, LLC, AND SHILOH OIL COMPANY LLC,<br><br>Defendants. | Civil Case No. 1:20-cv-231-AW/GRJ |

### [PROPOSED] CONSENT JUDGMENT REGARDING PLAINTIFF-RELATOR'S CLAIM FOR EXPENSES, FEES, AND COSTS

Upon the consent of Plaintiff-Relator Andrew Hersh and Defendants Patrick Walsh, Aero Capital LLC, Airsign Airship Group LLC, Airsign Airships Repair Station, LLC, Airsign Airships Asia Pacific, LLC, Airsign

22

Airships Latin America, LLC, Airsign Group LLC, Airsign, Inc., American Blimp Company, LLC, Eagle Ridge Management Group, LLC d/b/a Shiloh Oil Company, and Walsh Family Land Corp., it is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff-Relator is awarded judgment against Defendants, for his claim under 31 U.S.C. § 3730(d) for reasonable expenses, attorneys' fees and costs, in amount of $324,527.00.

Dated: 2/19/2025

Respectfully submitted,

By: /s/ Adam D. Warden
Maya Saxena
Joseph E. White, III
Lester Hooker
Adam D. Warden
7777 Glades Road
Suite 300
Boca Raton, FL 33434
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com
awarden@saxenawhite.com

Mark Hanna
Nicolas F. Mendoza
Murphy Anderson PLLC
1401 K Street NW, Suite 300
Washington, DC 20005
Phone: (202) 223-2620
mhanna@murphypllc.com
nmendoza@murphypllc.com

*Attorneys for Relator Andrew Hersh*

Dated: 2/19/2025

By: /s/ Jacob Roth
Michael A. Columbo*
Dhillon Law Group, Inc.
177 Post Street, Suite 700
San Francisco, CA 94108
Telephone: (415) 944-4996
Mobile: (415) 272-2926
mcolumbo@dhillonlaw.com
(*=pro hac vice forthcoming)

Jacob William Roth
Dhillon Law Group
1601 Forum Place, Suite 403
West Palm Beach, Florida 33401
415.433.1700 ext. 646
JRoth@DhillonLaw.com

*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated: _____   _____

United States District Judge