IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,** *ex rel.*
**ANDREW HERSH,**

    **Plaintiff,**

v.                                                                            Case No. 1:20-cv-231-AW-HTC

**PATRICK WALSH, et al.,**

    **Defendants.**
_____/

## CONSENT JUDGMENT

CONSENT JUDGMENT REGARDING PLAINTIFF-RELATOR'S
CLAIM FOR EXPENSES, FEES, AND COSTS

Upon the consent of Plaintiff-Relator Andrew Hersh and Defendants Patrick Walsh, Aero Capital LLC, Airsign Airship Group LLC, Airsign Airships Repair Station, LLC, Airsign Airships Asia Pacific, LLC, Airsign Airships Latin America, LLC, Airsign Group LLC, Airsign, Inc., American Blimp Company, LLC, Eagle Ridge Management Group, LLC d/b/a Shiloh Oil Company, and Walsh Family Land Corp., it is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff-Relator is awarded judgment against Defendants, for his claim under 31 U.S.C. § 3730(d) for reasonable expenses, attorneys' fees and costs, in amount of $324,527.00.

                                                  JESSICA J. LYUBLANOVITS
                                                  CLERK OF COURT

<u>March 5, 2025</u>                                        s/ KELLI MALU
Date                                                          Deputy Clerk: Kelli Malu